# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| KEVIN RANGITSCH,<br><br>    Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY INSURANCE COMPANY,<br><br>    Defendant. | Cause No.: CV 23-78-BU-BMM-JTJ<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that the above-entitled action is DISMISSED WITH PREJUDICE, each of the parties bearing their own attorneys' fees and costs.

**DATED** this 17th day of May, 2024.

_____
John Johnston
United States Magistrate Judge

Order for Dismissal with Prejudice - 1